```
IPRTERNL              RETIREE PAY HISTORY INQUIRY SYSTEM            07/17/07
                              E A R N I N G S                       11:52:52

           EMPL NO 95497         COMPANY NBR 207     PAY PERIOD 093006
---------------------------------------------------------------------------

 NAME : LABICK          JOSEPH                 LAST PAY GROUP : MM
                                               RATE :         93,200.00
 RET DT/STAT/DEATH DTE : 08-01-00    A         PAYEE ALSO IN :

 PAY TYPE   SEQ    I.D.    DESCR        CURRENT          YTD         EFF DATE
   CURR     001    853     100JSPEN    3,875.93       3,875.93




                       T O T A L S     3,875.93

  PF2=SRH PF3=MNU PF4=ERN PF5=DED PF6=TAX PF7=MSC PF8=REG PF9=NXT PF10=TOP
```

```
IPRTERNL              RETIREE PAY HISTORY INQUIRY SYSTEM              07/17/07
                              E A R N I N G S                          11:52:38

              EMPL NO 95497       COMPANY NBR 207      PAY PERIOD 083106
------------------------------------------------------------------------------

  NAME : LABICK          JOSEPH              LAST PAY GROUP : MM
                                             RATE :       93,200.00
  RET DT/STAT/DEATH DTE : 08-01-00   A       PAYEE ALSO IN :

  PAY TYPE   SEQ    I.D.    DESCR       CURRENT        YTD         EFF DATE
    CURR     001    553     100JSPEN    5,203.37      41,231.38




                    T O T A L S         5,203.37

  PF2=SRH PF3=MNU PF4=ERN PF5=DED PF6=TAX PF7=MSC PF8=REG PF9=NXT PF10=TOP
```