JUDGE ROBINSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6846

-----------------------------------------------------------x
JOSEPH LABICK,
                              Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                              Defendant.
-----------------------------------------------------------x

(SCR)
ECF CASE

RULE 7.1 STATEMENT

RECEIVED
JUL 3 1 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Consolidated Edison Company of New York, Inc. ("Con Edison") (a private, non-governmental party), certifies that the corporate parent of Con Edison is Con Edison, Inc., and no other publicly-held corporation owns 10% or more of Con Edison's stock.

Date: New York, New York
      July 30, 2007

                                              MARY SCHUETTE (MS 4752)
                                              Attorney for Defendant
                                              Consolidated Edison Company
                                              of New York, Inc.
                                              4 Irving Place, Room 1815-S
                                              New York, New York 10003
                                              (212) 460-2496

                                              Of Counsel:
                             By:
                                              Geraldine R. Eure (GE 0357)
                                              (212) 460-4285
                                              Paul Limmiatis (PL 5521)
                                              212-460-2571

TO:   JOSEPH LABICK
        49 Amackassin Terrace
        Yonkers, NY 10703
        (914) 963-3345