

**Law Department**

Paul Limmiatis
Senior Attorney
(212) 460-2571
(212) 677-5850 Fax
limmiatisp@coned.com

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY 10003-0987
www.conEd.com

August 1, 2007

**VIA FACSIMILE (914-390-4179)**
**AND REGULAR MAIL**

Hon. Stephen C. Robinson
United States District Judge
300 Quarropas St., Room 633
White Plains, NY 10601

Re: <u>Labick v. Con Edison</u>, Case No. 07-CV-6846 (SCR)

Dear Judge Robinson:

Con Edison respectfully requests a pre-motion conference, or alternatively, permission to file a pre-answer motion to dismiss under Fed. R. Civ. P. 12(b)(6) in the above-referenced case, which was removed yesterday from Yonkers City Court. In accordance with Fed. R. Civ. P. 81(c), Con Edison has only five business days, until August 7, 2007, to file its answer or motion.

Thank you for your attention to this request.

Respectfully submitted,

Paul Limmiatis (PL 5521)

cc: Joseph Labick, pro se (via overnight mail)
Geraldine R. Eure, Esq.

Defendant may file a pre-answer motion to dismiss without a pre-motion conference. The parties shall jointly submit a proposed briefing schedule for the court's approval.

**APPLICATION GRANTED**

HON. STEPHEN C. ROBINSON  8/1/07