UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

JOSEPH LABICK,                        :     ECF CASE

            Plaintiff,      :     07 CV 6846 (SCR)

     - against –                     :     **APPEARANCE**

CONSOLIDATED EDISON COMPANY           :
OF NEW YORK, INC.,
                                      :
            Defendant.
_____x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant Consolidated Edison Company of New York, Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 6, 2007

                                           PAUL LIMMIATIS (PL 5521)
                                           Attorney for Consolidated Edison Company of
                                            New York, Inc.
                                           4 Irving Place, Room 1815-S
                                           New York, NY 10003
                                           Telephone: (212) 460-2571
                                           Facsimile: (212) 677-5850

TO:   JOSEPH LABICK, Pro Se
       49 Amackassin Terrace
       Yonkers, NY 10703
       (914) 963-3345