UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH LABICK,

                Plaintiff,

    - against –

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                Defendant.

**AFFIDAVIT OF SERVICE**

    I, Diane T. Leake, am not a party to the action, am over 18 years of age and my place of business address is 4 Irving Place, New York, N.Y. 10003 – Room 1815-S.

    On July 31, 2007, I served the Notice of Filing Notice of Removal, and true and correct copies of the Notice of Removal and Exhibits, and cover letter to the Clerk of Yonkers City Court transmitting Notice of Removal in the above captioned proceeding, by depositing these documents enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to:

        Mr. Joseph Labick
        49 Amackassin Terrace
        Yonkers, New York 10703

    I declare under penalty of perjury that the forgoing is true and correct.

Executed on August 1, 2007

                                                *Diane T. Leake*
                                                Diane Leake