UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH LABICK,                            :    ECF CASE

               Plaintiff,           :    07 CV 6846 (SCR)

     - against –                          :    **NOTICE OF MOTION**

CONSOLIDATED EDISON COMPANY    :
OF NEW YORK, INC.,
                                        :
               Defendant.
--------------------------------------------------------------x

      PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(6) and 29 U.S.C. § 1144(a), and upon the accompanying Declaration of Paul Limmiatis and exhibits thereto, Memorandum of Law, and Notice to Pro Se Litigant Pursuant to Local Civil Rule 12.1, Defendant Consolidated Edison Company of New York, Inc. will move this Court, before the Honorable Stephen C. Robinson, United States District Judge, at the United States Court House for the Southern District of New York, 300 Quarropas Street, White Plains, New York, at a date and time to be determined, for an Order dismissing the action for failure to state a claim upon which relief can be granted.

Dated: New York, New York
       August 7, 2007

                                      MARY SCHUETTE (MS 4752)
                                      Attorney for Defendant Consolidated Edison
                                          Company of New York, Inc.
                                      4 Irving Place, Room 1815-S
                                      New York, NY  10003
                                      212-460-2496

                                      Of Counsel:
                                      By: _____
                                      Geraldine R. Eure (GE 0357)
                                      212-460-4285
                                      Paul Limmiatis (PL 5521)
                                      212-460-2571

2

TO:  JOSEPH LABICK
     49 Amackassin Terrace
     Yonkers, NY  10703
     (914) 963-3345