# Exhibit 2



THE CONSOLIDATED EDISON
RETIREMENT PLAN

Empowering *Your* Future

conEdison, inc.

TABLE OF CONTENTS

Retirement Plan Merger Highlights .........................2
   New Corporate Structure ...............................2
   Merger of Three Retirement Plans .......................2
Retirement Plan Highlights ................................3
   Eligibility ...........................................3
   Who is Not Eligible ..................................3
   When You are Eligible ................................4
   Plan Differences .....................................4
   Vested Benefits ......................................4
   When You Can Receive a Pension Allowance ..............4
   Benefit Calculation ..................................4
   Benefit Payment Options ..............................4
How the Retirement Plan Works ............................5
   Participation in Prior Plans ...........................5
   Participation Rules ...................................5
   When Participation Begins for New Employees .............5
How Service is Counted ...................................6
   Vesting Service .......................................6
   Accredited Service ....................................6
   Special Rules for Vesting and Accredited Service ...........7
   Breaks in Service Rules for Vesting And
      Accredited Service ...............................8-9
   Suspension of Pension Allowance Rule ...................10
Receiving Your Benefits ...................................10
   Types of Pension Allowances ...........................11
      Normal Retirement Pension Allowance ...............11
      Late Retirement Pension Allowance ..................11
      Early Retirement Pension Allowance ..................12
      Disability Pension Allowance .......................13
      Vested Pension Allowance .........................14
How Normal Retirement Benefits Are Calculated for CECONY
   Participants ........................................15
      CECONY Normal Retirement Pension Allowance ..........15
   Determining Annual Compensation ..................15-16
   Standard Formula for CECONY Participants ...............17
   Alternative Formula for CECONY Participants .............18
   Examples – Management & Transfers .................19-22
   Examples – Weekly ...............................23-26
How Normal Retirement Benefits are Calculated for O&R
   Participants ........................................27
      O&R Normal Retirement Pension Allowance ..............27
   Determining Annual Compensation ..................27-28
   Examples – Management & Hourly ...................29-31
How Normal Retirement Benefits Are Calculated for CEI
   Participants ........................................32
      CEI Normal Retirement Pension Allowance ............32-33
      Examples .....................................33-35
How Late Retirement Benefits Are Calculated for all Participants ...36
   Late Retirement .....................................36
How Early Retirement Benefits Are Calculated for CECONY
   Participants ........................................37
   CECONY Early Retirement –75 Points ..................37
   Early Retirement Reduction Factors ..................37-38
   Standard Formula for CECONY Participants ...............38

   Examples – Management & Transfers .................39-42
   Examples – Weekly ...............................43-46
How Early Retirement Benefits are Calculated for O&R
   Participants ........................................47
   O&R Early Retirement Pension Allowance .............47-49
   Examples – Management & Hourly ..................49-52
How Early Retirement Benefits are Calculated for CEI
   Participants ........................................53
   CEI Early Retirement Pension Allowance ..................53
Disability Pension Allowance for CECONY Participants .......54-55
Disability Pension Allowance for O&R Participants ..............55
How Vested Pension Allowance Benefits are Calculated ..........56
Vested Pension Allowances for CECONY Participants .............56
   CECONY Vested But Without 75 Points .............56-57
   CECONY Vested With 75 Points .....................57
Vested Pension Allowances for O&R Participants ...............58
Vested Pension Allowances for CEI Participants ................58
How Your Pension is Paid – Forms of Payment .................59
   Single Participants ...................................59
   Cash Balance Single Sum Payment Option ...............60
   Twelve Year Certain and Life Annuity Option ............60
   Level Income Option .............................60-61
   Joint and 50% Survivor Annuity Option .................62
   Joint and 100% Survivor Annuity Option  .............62
   Joint and 50% Survivor Annuity with Pop-Up Option
      or Joint and 100% Survivor Annuity with Pop-Up Option  ..63
   Cash out or Immediate Annuity ......................63
   Lump-Sum Payment of $5,000 or less ...................64
   Married Participants ..............................64-65
   Cash Balance Single Sum Payment .....................66
   Twelve Year Certain and Life Annuity Option .............66
   Level Income Option ...............................66
   Joint and 100% Surviving Spouse Annuity
      With or Without Pop-Up Option for CECONY or CEI .....67
   Joint and 100% Survivor Annuity
      With or Without Pop-Up Option for O&R ..............67
   Joint and 50% Survivor Annuity
      With or Without Pop-Up Option for O&R ..............68
   Cash Out or Immediate Annuity ......................68
   Lump-Sum Payment of $5,000 or Less .................69
Cost of Living Adjustment (COLA) ......................69-71
Pension Benefit Protection for Your Spouse
   and/or Beneficiary ..................................72
   If You Die Vested While Actively Employed ............72-73
   If You Die Vested After Termination of Employment ......74-75
When Pension Allowances are not Payable ....................76
   Maximum Benefits ..................................76
Applying for Pension Benefits ...............................77
   Withholding Taxes ...................................77
   Social Security Benefits ...............................78
Pension Questions .......................................78
Plan Information .....................................79-84
Statement of ERISA Rights ............................85-86
Definitions ..........................................87-88



# THE CONSOLIDATED EDISON RETIREMENT PLAN

Retirement marks a momentous occasion in our lives, and saving and planning for that day affects us all. As you plan for your retirement, consider *The Consolidated Edison Retirement Plan*\* *(Retirement Plan)* as one source of income that can help you balance your budget after you retire. Throughout your retirement years, the *Retirement Plan* can provide a benefit to you and, in some cases, following your death, a benefit to your surviving spouse or designated beneficiary. Other sources that can help increase your retirement income, should you elect to participate, include savings that you accumulate as a participant in *The Consolidated Edison Thrift Savings Plan*. Social Security and your personal investments and savings will also contribute towards your total retirement income.

The following summary, referred to as a Summary Plan Description (SPD), describes the *Retirement Plan*. It provides you with information on how you become entitled to a benefit or Pension Allowance, when you can receive your Pension Allowance, how it will be calculated, and in what payment forms it can be distributed. The official *Retirement Plan* document governs the operation of the *Retirement Plan*. In the event of any conflict between this Summary Plan Description and the *Retirement Plan* document, the *Retirement Plan* document will prevail.

We urge you to read this Summary Plan Description carefully and keep it for future reference. If you have any questions about the *Retirement Plan*, please contact Employee Benefits, Room 1100, 4 Irving Place, New York, NY 10003, (800) 582-5056 or O&R Benefits, One Blue Hill Plaza, Pearl River, NY 10965, (845) 577-2783.

---

\*The information included in this Summary Plan Description describes the **Retirement Plan** as of December 2002. However, the **Retirement Plan** is subject to change from time to time, and material changes will be reported and made available to you as they are made.

# How Your Pension Is Paid – *Forms of Payment*

## Single Participants

The normal form of payment for a single participant (all **CECONY, O&R, and CEI Participants**) is a lifetime monthly benefit. This form of payment is called a *Single Life Annuity*. Under this form of payment, you receive monthly benefits for your lifetime with all payments ending in the month of your death.

Instead of a *Single Life Annuity*, you may elect an optional form of benefit that is the actuarial equivalent of the *Single Life Annuity*. The table below shows the optional forms of benefits that are available to you if you are a CECONY, CEI, or O&R Participant and are single on the date your Pension Allowance begins. If the present value of your Vested Pension Allowance is less than $5,000, you will automatically receive a single lump-sum payment following your termination of employment. You will not receive any other form of payment.

### FORMS OF BENEFIT* PAYMENT for CECONY, CEI and O&R SINGLE PARTICIPANTS

|  | Normal | Optional** | Optional *cont'd.* |
|---|---|---|---|
| CECONY | Single Life Annuity | 1) 12-Year Certain and Life Annuity Option with or without Level Income | 3) Cash Out (or immediate or deferred annuity) if Participant has less than 75 Points |
|  |  | 2) Level Income Option Applied to Single Life Annuity |  |
| CEI | Single Life Annuity | 1) 12-Year Certain and Life Annuity Option with or without Level Income | 3) Cash Balance – Single Sum Payment |
|  |  | 2) Level Income Option |  |
| O&R | Single Life Annuity | 1) Joint and 100% Survivor Annuity |  |
|  |  | 2) Joint and 50% Survivor Annuity |  |
|  |  | 3) Joint and 100% Survivor Annuity with *Pop-Up* |  |
|  |  | 4) Joint and 50% Survivor Annuity with *Pop-Up* |  |

\* *If you are single as of the date your Pension Allowance begins.*
\*\* *The Actuarial Equivalent of the Normal Form of Benefit.*

**Cash Balance Single Sum Payment Option**

If you are an unmarried **CEI Participant,** instead of the normal form of payment, you may elect to receive your Vested Pension Allowance in the form of a single sum payment in the amount of your Cash Balance Account.

**Twelve Year Certain and Life Annuity Option**

If you are a single **CECONY** or **CEI Participant,** instead of the normal form of payment, you may elect to receive a reduced monthly Pension Allowance under the *Twelve Year Certain and Life Annuity Option.*

Under the *Twelve Year Certain and Life Annuity Option,* a reduced monthly benefit payable as a single life annuity is paid to you during your lifetime. If you should die before 144 monthly payments have been made, the same benefit you received is payable to your designated beneficiary(ies) or your estate, until the end of the 144-month period. If your primary designated beneficiary dies before the total 144 payments have been made, or dies before you, and you named a contingent beneficiary(ies), they will receive the remainder of the Pension Allowance. If not, your estate will receive the payments. If you are single, this is the only form of payment that allows you to provide benefits to someone.

**Level Income Option**

If you are a **CECONY** or **CEI Participant,** and single when your Pension Allowance begins, instead of the normal form of payment, you may elect a Level Income Option. You can receive this option if your Pension Allowance begins before you are eligible for unreduced Social Security benefits. Under this option, you receive a temporary higher pension amount, which includes an estimate of your Social Security benefit. You may elect to receive this higher benefit from your retirement date to age 62 (generally, at age 62, you can receive a reduced Social Security benefit) or the earliest month for which you are eligible to receive an unreduced Social Security benefit (see page 78). After you reach age 62 or 65, and you begin receiving your Social Security benefits, your monthly pension is permanently *reduced.*

The following example shows a comparison between the monthly pension amount payable with and without the Level Income Option. Sherri is retiring at age 58 with 25 years of service and is eligible for a monthly pension of $2,291, payable immediately, and an estimated annual cost of living adjustment (COLA) of 2.0%. Since she has less than 30 years of service and is under age 60 when her Pension Allowance begins, her Normal Retirement Pension Allowance is reduced by 3%. Sherri's estimated monthly Social Security benefit at age 62 is $1,104.

> If you are a *CECONY* or *CEI Participant*, the election of this option may be made in addition to an election for a *Twelve Year Certain and Life Annuity Option* (see page 66).

### MONTHLY PENSION* COMPARISON

| | With LEVEL INCOME OPTION | | | Without LEVEL INCOME OPTION | | |
|---|---|---|---|---|---|---|
| Age | Monthly Pension | Monthly Soc.Sec. | Total | Monthly Pension | Monthly Soc.Sec. | Total |
| 58 | $2,969 | - | $2,969 | $2,291 | - | $2,291 |
| 59 | $3,028 | - | $3,028 | $2,337 | - | $2,337 |
| 60 | $3,089 | - | $3,089 | $2,383 | - | $2,383 |
| 61 | $3,150 | - | $3,150 | $2,431 | - | $2,431 |
| 62 | $2,138 | $1,104 | $3,242 | $2,480 | $1,104 | $3,584 |

*All figures are rounded to the nearest dollar.

This example shows that if Sherri elects the **Level Income Option**, she will receive a greater monthly pension at the start of her retirement at age 58, compared to the pension she would receive without the **Level Income Option**. The amount payable to her under this option will not be adjusted after her Pension Allowance begins, regardless of any difference between the estimate and actual Social Security benefits she is paid, and regardless of whether she elects to begin receipt of her Social Security benefits at a later time.

At age 62, Sherri's monthly pension amount *will decrease* if she elects the **Level Income Option,** but when combined with Social Security, she will achieve a level monthly income.

If Sherri does not elect the **Level Income Option**, she will receive a regular monthly pension at age 58. At age 62, if she elects to begin her reduced Social Security benefits, her monthly income will increase when combined with her regular monthly pension.