UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOSEPH LABICK,                              :    ECF CASE

               Plaintiff,           :    07 CV 6846 (SCR)

    - against –                               :    **CERTIFICATE OF SERVICE**

CONSOLIDATED EDISON COMPANY    :
OF NEW YORK, INC.,
                                                   :
               Defendant.
---------------------------------------------------------------x

       On August 7, 2007, I served Defendant's Notice of Motion, Declaration of Paul Limmiatis and exhibits thereto, Memorandum of Law, and Notice to Pro Se Litigant Pursuant to Local Civil Rule 12.1, by First Class mail, by depositing true copies thereof in a properly addressed, postage paid envelope, in an official depository of the U.S. Postal Service, addressed to:

      JOSEPH LABICK, Pro Se
      49 Amackassin Terrace
      Yonkers, NY  10703

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2007.

                                                     _____
                                                            PAUL LIMMIATIS