UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Joseph Labick

                Plaintiff(s)

v.

Consolidated Edison Co., of New York

                Defendants(s)
-----------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 CV 6846 (SCR)(GAY)

[FILED STAMP: U.S. DISTRICT COURT FILED AUG 21 2007 S.D. OF N.Y. W.P.]

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Social Security |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | Settlement* | **X** | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: Motion to Dismiss |
| ___ | For jury selection | | |
| ___ | Habeas Corpus | | All such motions: _____ |

* Do not check if already referred for general pretrial.

DATED: White Plains, New York
        Aug 21, 2007

MICROFILM

AUG 2 1 2007

USDC SD NY WP

SO ORDERED.

*Stephen C. Robinson*
_____
United States District Judge
Stephen C. Robinson