#9



**conEdison**
a conEdison, inc. company

Law Department

Paul Limmiatis
Senior Attorney
(212) 460-2571
(212) 677-5850 Fax
limmiatisp@coned.com

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY 10003-0987
www.coned.com

August 15, 2007

Hon. Stephen C. Robinson
United States District Judge
300 Quarropas St., Room 633
White Plains, NY 10601

MEMO ENDORSED

Re:   Labick v. Con Edison, Case No. 07-CV-6846 (SCR)

Dear Judge Robinson:

Please accept this letter as the parties' joint submission of a proposed schedule for briefing Con Edison's pre-answer motion to dismiss in the above-referenced case, in accordance with your Order of August 1, 2007.

Con Edison's motion papers were filed and served on August 7, 2007.

I have spoken with the *pro se* Plaintiff, Joseph Labick, and agreed to allow as much time as he needed to submit opposition papers. Mr. Labick indicated that he anticipated filing his opposition papers this week.

Mr. Labick agreed to allow Con Edison two weeks, from the time of receiving his opposition papers, to file and serve reply papers.

Thank you for your attention to this matter.

Respectfully submitted,

Paul Limmiatis (PL 5521)

cc:  Joseph Labick, pro se
     Geraldine R. Eure, Esq.

*Plaintiff's opposition papers shall be due 8/28/07. Defendant's reply shall be due 9/11/07.*

SO ORDERED

Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT J.  8/24/07