# EXHIBIT B

Case 7:07-cv-06846-SCR-GAY   Document 12-4   Filed 09/11/2007   Page 1 of 2



**100% JOINT AND SURVIVING SPOUSE ANNUITY OPTION/
LEVEL INCOME OPTION**

|III|

\*\*\* Retirement Plan for Management Employees \*\*\*

Please read carefully the attached summary of the 100% Joint & Surviving Spouse Annuity Option, Pension Benefit without 100% Joint and Surviving Spouse Annuity and the Level Income Option before completing and signing this form. Check the appropriate boxes and return completed form to: Employee Benefits, Office E, 4 Irving Place, New York, NY 10003.

Employee Name:  JOSEPH  LABICK                                    Employee Number: 95497
Social Security Number: 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                              Retirement Date:  08/01/00

I. Shown below are:
  - the monthly pension payments you will receive if you elect the 100% Joint & Surviving Spouse Annuity Option or the 100% Joint & Surviving Spouse Annuity Option with the restoration feature known as the "Pop-up."

  - the monthly pension payments you will receive if you elect the Pension Benefit without 100% Joint & Surviving Spouse Annuity.

  - the monthly pension payments you will receive if you elect a Level Income Option both with and without the 100% Joint & Surviving Spouse Annuity Options commencing at your retirement with a reduction in your pension amount at either age 62 or at your normal social security retirement age.

|  | 100% Joint & Surviving Spouse Annuity | 100% Joint & Surviving Spouse Annuity with Pop-up | Pension Benefit Without 100% Joint & Surviving Spouse Annuity |
|---|---|---|---|
| **IMMEDIATE PENSION BENEFIT** | | | |
| Monthly | 3,972.02 | 3,954.88 ✓ | 4,179.31 |
| **LEVEL INCOME OPTION** | | | |
| Monthly Benefit to Age 62 | 4,642.53 | 4,625.39 ✓ | 4,849.82 |
| Monthly Benefit after Age 62 | 3,462.53 | 3,445.39 ✓ | 3,669.82 |
| Monthly Benefit to Normal Social Security Retirement Age ( 66-0 ) | 4,560.35 | 4,543.21 | 4,767.64 |
| Monthly Benefit after Normal Social Security Retirement Age ( 66-0 ) | 2,995.55 | 2,978.41 | 3,202.84 |

II. Complete A, B and C below.

                                                                                                          Check only one

A. I elect the 100% Joint & Surviving Spouse Annuity Option.                                                                              ☐

   I elect the 100% Joint & Surviving Spouse Annuity Option with Pop-up.                                                        ☑

   I elect the Pension Benefit without 100% Joint & Surviving Spouse Annuity Option.                                       ☐

                                                                           Check only one

B. I elect the Level Income Option with a pension reduction at :
      Age 62                                                                                                                                                      ☑
      Normal Social Security Retirement Age ( 66-0 )                                                                        ☐

                                                                           Check only one

C. I am married at date of retirement.                                                                                                                        ☑

   I am not married at date of retirement.                                                                                                              ☐

III. Employee Signature  _Joseph Labick_                                                                Date  7-19-2000