# EXHIBIT D

STATE OF NEW YORK
DEPARTMENT OF HEALTH

## CERTIFICATION OF BIRTH

**B** 512841

THIS IS TO CERTIFY that the person named on this certificate was born on the date and at the place shown and this record of birth was filed with the Registrar of Vital Statistics of this Registration District.

| DISTRICT NUMBER 5907 | REGISTRATION NUMBER 1334 |
|---|---|

| NAME JOSEPH LABICK | |
|---|---|
| SEX MALE | DATE OF BIRTH AUG. 3, 1944 |
| PLACE OF BIRTH (COUNTY) WESTCHESTER | (CITY, TOWN OR VILLAGE) YONKERS |
| FILING DATE AUG. 4, 1944 | |

_Valerie Mucha_
REGISTRAR OF VITAL STATISTICS

YONKERS           MARCH 19, 1990
DISTRICT               DATE

*WARNING: ANY ALTERATION INVALIDATES THIS CERTIFICATE*

DOH-2248(3/89)                                                    VS-10

---

STATE OF NEW YORK
DEPARTMENT OF HEALTH

## CERTIFICATION OF BIRTH

**B** 512842

THIS IS TO CERTIFY that the person named on this certificate was born on the date and at the place shown and this record of birth was filed with the Registrar of Vital Statistics of this Registration District.

| DISTRICT NUMBER 5907 | REGISTRATION NUMBER 1537 |
|---|---|

| NAME DIANE MARIE DATCHAK | |
|---|---|
| SEX FEMALE | DATE OF BIRTH AUG. 6, 1946 |
| PLACE OF BIRTH (COUNTY) WESTCHESTER | (CITY, TOWN OR VILLAGE) YONKERS |
| FILING DATE AUG. 10, 1946 | |

_Valerie Mucha_
REGISTRAR OF VITAL STATISTICS

YONKERS           MARCH 19, 1990
DISTRICT               DATE

*WARNING: ANY ALTERATION INVALIDATES THIS CERTIFICATE*

DOH-2248(3/89)                                                    VS-10