# EXHIBIT E

Case 7:07-cv-06846-SCR-GAY   Document 12-7   Filed 09/11/2007   Page 1 of 5

**Social Security Benefits**

When you reach your Social Security retirement age (65 if born in 1937 or earlier, gradually increasing to age 67 for those born in 1960 or later), you may be eligible to receive Social Security retirement benefits. Early Social Security benefits may begin as soon as age 62.

The company matches your contributions to Social Security throughout your years of service.

> You must have 40 quarters of Social Security service to receive Social Security retirement benefits.

> Social Security retirement benefits are not automatic. You must apply for them at your local Social Security Administration Office at least three months before you want your payments to begin. For more complete information, contact your local Social Security Administration Office. The address and phone numbers are listed in your local phone directory.

## Pension Questions

If you have questions about your pension benefits after reading this summary, please contact Con Edison Employee Benefits, Room 1100, 4 Irving Place, New York, NY 10003, 1-800-582-5056 or O&R Benefits, One Blue Hill Plaza, Pearl River, NY 10965 (845) 577-2783. ■



# Plan Information

This booklet is a summary plan description of *The Consolidated Edison Retirement Plan*. It provides details about the Plan, as required by the Employee Retirement Income Security Act of 1974 (ERISA). The Plan is a defined benefit employee pension plan as defined under ERISA.

## Plan Name

The Consolidated Edison Retirement Plan

## Name and Address of Plan Sponsor

Consolidated Edison Company of New York, Inc.
4 Irving Place
New York, NY 10003

## Plan Identification

The Consolidated Edison Retirement Plan is identified as follows:

Employer Identification Number: 13-5009340

Plan Number: 001

## Plan Administrator

Claude Trahan, Vice President - Human Resources
Consolidated Edison Company of New York, Inc.
4 Irving Place
New York, NY 10003
Telephone: (212) 460-4600

The Plan Administrator has discretionary authority to control and manage the operation and administration of the Plan, including interpreting the terms of the Plan, determining eligibility for and entitlement to benefits under the Plan, determining any facts and resolving any questions relevant to administration of the Plan and remedying and correcting any ambiguities, inconsistencies or omissions in the Plan. Any action taken by the Plan Administrator pursuant to such discretionary authority shall be conclusivw and binding on all participants, beneficiaries and others. The Plan Administrator has authority to make changes in the Plan to facilitate administration of the Plan.

**Collective Bargaining Agreements**

The Plan is maintained, in part, by three collective bargaining agreements: (1) the Agreement between Orange and Rockland Utilities, Inc. and the International Brotherhood of Electrical Workers, AFL-CIO, Local No. 503, effective June 1, 2000; (2) the 2000 – 2004 Collective Bargaining Contract between Consolidated Edison Company of New York, Inc. and the Utility Workers' Union of America, AFL-CIO, Local No. 1-2, effective June 25, 2000; and (3) the 2001 – 2005 Collective Bargaining Contract between Consolidated Edison Company of New York, Inc. (Staten Island) and the International Brotherhood of Electrical Workers, AFL-CIO, Local No. 3, effective June 24, 2001. A copy of each collective bargaining agreement is available, upon written request, to the Benefits Department. Each collective bargaining agreement is available for examination.

**Agent for Service of Legal Process**

If any dispute arises under the Plan, service of legal process may be made on the Plan Administrator or on the Trust Fund Trustee.

**Plan Year**

The Plans fiscal records are kept on a calendar year basis beginning January 1 and ending the following December 31.

**Claims**

Claims for benefits should be submitted in writing by you or an authorized representative to your Benefits Department:

- Con Edison Employee Benefits
  4 Irving Place
  Room 1100
  New York, NY 10003
  (800) 582-5056
- O&R Benefits
  One Blue Hill Plaza
  Pearl River, NY 10965
  (845) 577-2783

If your claim for benefits is denied in whole or in part, you will be informed in writing by the Plan Administrator of the reasons for the denial within 90 days. Your notification will include...

- specific references to plan provisions on which the denial is based,
- a description of additional information or material necessary to process a claim and why such information is necessary, *and*
- information on what action you can take to submit your claim for review.

If special circumstances require an extension of time for processing the claim, written notice of an extension shall be furnished to you prior to the end of the initial period of 90 days following the date on which the claim was filed. The extension notice will indicate the date the Plan Administrator expects to render the benefit determination.

Such extensions will not exceed a period of 90 days beyond the end of the initial period. If the claim has not been granted, and if written notice of the denial of the claim is not furnished within 90 days following the date on which the claim is filed, the claim shall be deemed denied for the purpose of proceeding to the claim review procedure.

If your claim is denied by the Plan Administrator, you may file a written appeal with the Plan Administrator within 60 days after the date of the denial. You should include with your appeal any information or material that you believe can assist the Plan Administrator in reviewing your claim. You have the right to include information that was not submitted in your initial request.

You or your representative also may review Plan documents that pertain to your claim and submit written comments to the Plan Administrator. You are informed in writing, normally within 60 days after receipt of your appeal, about the decision on your appeal. This written notice includes the reasons for the decision and references to relevant Plan provisions. If special circumstances require an extension of time for processing, the extension will not exceed a period of 60 days and the decision shall be rendered as soon as possible, but no later than 120 days after receipt of the request for review – provided that written notice and explanation of the delay are given to you prior to commencement of the extension.

*If you are a CECONY Weekly or an O&R Hourly Participant and your appeal is denied, your adverse benefit determination may be subject to a grievance and arbitration procedure.*

### Plan Documents

This summary describes the main provisions of *The Consolidated Edison Retirement Plan*. The official Plan documents govern the operation of the Plan. In the event of any conflict between this booklet and the Plan documents, the Plan documents prevail.

Copies of Plan documents, collective bargaining agreements and contracts, together with annual reports and Plan descriptions filed with the U.S. Department of Labor, are available for review by any participant at:

> Con Edison Employee Benefits Department
> Room 1100
> 4 Irving Place
> New York, NY 10003

Employee Benefits can provide you with the addresses of other locations in your area where you can review copies of the documents. Or, you may ask Employee Benefits to send you copies of specific documents. There may be a reasonable charge for copies you request.