UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSEPH LABICK,                                              :    ECF CASE

                           Plaintiff,                :    07 CV 6846 (SCR)

       - against –                                             :    **REPLY DECLARATION OF**
                                                        **PAUL LIMMIATIS**

CONSOLIDATED EDISON COMPANY                 :
OF NEW YORK, INC.,
                                                     :

                     Defendant.
---------------------------------------------------------------x

      Paul Limmiatis, an attorney licensed to practice in this Court and the courts of the State of New York, declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     I am of counsel to Mary Schuette, Esq., attorney of record for Defendant Consolidated Edison Company of New York, Inc., in this action. I am familiar with the facts and circumstances of this case, and submit this Declaration in reply to Plaintiff's opposition to Con Edison's motion to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6).

      2.     Attached as Exhibits 1 and 2 to this Declaration are copies of print-outs from the "Frequently Asked Questions" section of the website of the United States Social Security Administration, which can be located via the World Wide Web at http://ssa-custhelp.ssa.gov. The Social Security Administration's home page is located at http://www.socialsecurity.gov.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2007.

                                                                   _____
                                                                   PAUL LIMMIATIS