UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOSEPH LABICK,                              :     ECF CASE

               Plaintiff,         :     07 CV 6846 (SCR)

        - against –                         :     **CERTIFICATE OF SERVICE**

CONSOLIDATED EDISON COMPANY    :
OF NEW YORK, INC.,
                                   :

              Defendant.
------------------------------------------------------x

      On September 11, 2007, I served Defendant's Memorandum of Law in Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, Reply Declaration of Paul Limmiatis and exhibits thereto, and Declaration of Raymond J. Herzog, Jr. and exhibits thereto, by First Class mail, by depositing true copies thereof in a properly addressed, postage paid envelope, in an official depository of the U.S. Postal Service, addressed to:

    JOSEPH LABICK, Pro Se
    49 Amackassin Terrace
    Yonkers, NY  10703

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2007.

                                                     */s/ Diane T. Leake*
                                                     DIANE T. LEAKE