UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH LABICK,

                Plaintiff,

      - against -

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                Defendant.

ECF CASE

07 CV 6846 (SCR) (GAY)

**CERTIFICATE OF SERVICE**

---

On April 11, 2008, I served Defendant's Affirmation of Paul Limmiatis, by First Class mail, by depositing a true copy thereof in a properly addressed, postage paid envelope, in an official depository of the U. S. Postal Service, addressed to:

    JOSEPH LABICK
    49 Amackassin Terrace
    Yonkers, NY 10703

I declare under penalty of perjury that the forgoing is true and correct.

Executed on April 11, 2008

                                                        Diane Leake