# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

JOSEPH LABICK,

                Plaintiff,                07 CV 06846 (SCR) (GAY)

-against-                                    JUDGMENT

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

                Defendant.

------------------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Stephen C. Robinson, U.S.D.J., and the Court thereafter on August 22, 2008, having handed down a Decision and Order (Docket #17) adopting the Report and Recommendation of the Honorable George A. Yanthis, U.S.M.J. (Docket #13) in its entirety, it is,

       **ORDERED, ADJUDGED AND DECREED**: that the court having reviewed Judge George A. Yanthis's thorough and well-reasoned Report and Recommendation (Docket #13), adopts the Report and Recommendation in its entirety, defendant's motion to dismiss is granted, and the case is hereby closed.


Dated: White Plains, N.Y
August 26, 2008

*[signature]*

**J. Michael McMahon, Clerk of the Court**